*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered April 6, 2016:*

SIMPSON V PICKENS, No. 152036; reported below 311 Mich App 127. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether, in order to bring a wrongful-death action under MCL 600.2922 for the death of a fetus or embryo, a plaintiff must meet the affirmative-act requirement of MCL 600.2922a. See *Johnson v Pastoriza*, 491 Mich 417 (2012). The parties should not submit mere restatements of their application papers.

The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

BERNSTEIN, J., did not participate due to his prior relationship with The Sam Bernstein Law Firm.

*Leave to Appeal Denied April 6, 2016:*

PEOPLE V HANSERD, No. 150761; Court of Appeals No. 323099.

CORL V HURON AND EASTERN RAILWAY, COMPANY, INC, No. 150970; Court of Appeals No. 319004. On March 10, 2016, the Court heard oral argument on the application for leave to appeal the December 23, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is denied, because we are not persuaded that the questions presented should be reviewed by this Court.

PEOPLE V RENNIE, No. 151764; Court of Appeals No. 319742.